**Thomas J. BAYNHAM, Jr.,
Plaintiff-Appellant,**

v.

**BRANIFF AIRWAYS, INC., et al.,
Defendants-Appellees.**

No. 74–3572.

United States Court of Appeals,
Fifth Circuit.

June 2, 1975.

Rehearing Denied July 8, 1975.

Stuart R. Wolk, Albert M. Gross, New York City, for plaintiff-appellant.

Wade C. Smith, Jim E. Cowles, Dallas, Tex., for defendants-appellees.

Frank D. McCown, U. S. Atty., Ft. Worth, Tex., amicus curiae.

Before CLARK, Associate Justice,* and GOLDBERG and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed. See United States v. Palazzo, 5 Cir. 1974, 488 F.2d 942; United States v. Skipwith, 5 Cir. 1973, 482 F.2d 1272; United States v. Miller, 5 Cir. 1973, 480 F.2d 1008; United States v. Moreno, 5 Cir. 1973, 475 F.2d 44.